IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-84-D

| | | |
|---|---|---|
| THE ESTATE OF MAGNUS GREY FLYTHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HALIFAX REGIONAL MEDICAL CENTER, | ) | |
| INC., d/b/a ECU HEALTH NORTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the United States' memorandum in support of the United States' motion to dismiss for lack of subject-matter jurisdiction [D.E. 5], the court GRANTS the United States' motion to dismiss [D.E. 4] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint. Plaintiff must exhaust administrative remedies. See [D.E. 5] 4–6.

SO ORDERED. This 7 day of August, 2024.

JAMES C. DEVER III
United States District Judge